UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUL R.P., | No. 1:26-cv-02582-TLN-JDP |
| Petitioner, | A # 221-497-904 |
| v. | |
| WARDEN, | **ORDER** |
| Respondents. | |

Petitioner Saul R.P.[1] ("Petitioner"), an immigration detainee who is representing himself, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) and a Motion for Temporary Restraining Order ("TRO") (ECF No. 2).

Respondent shall file a response to Petitioner's Motion for TRO within **three (3) court days** from the date of this order.  Any opposition shall Petitioner's Form I-213 and copies of all referenced and relevant portions of Petitioner's A-File, and any and all available records related to Petitioner's allegations.  Respondent shall inform the Court whether Respondent opposes converting Petitioner's Motion for TRO into a Motion for Preliminary Injunction and/or requests the Court enter final judgment on the merits of Petitioner's habeas petition if the Court is inclined

---

[1] As recommended by the Committee on Court Administration and Case Management of the Judicial Conference of the United States, the Court omits Petitioner's full name, using only his first name and last initials, to protect sensitive personal information.  *See* Memorandum re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

1

to grant preliminary relief.  Petitioner may file a reply, if any, within **five (5) court days** from the date of this order.

Pending the Court's ruling on this petition, Respondents shall not take any action to transfer Petitioner out of this District.  *See F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 608 (1966) (acknowledging the Court's "express authority under the All Writs Act to issue such temporary injunctions as may be necessary to protect its own jurisdiction").

Based on the facts surrounding Petitioner's detention, the Court provisionally authorizes Petitioner to proceed in forma pauperis without prepayment of the filing fee in this action.  *See* 28 U.S.C. § 1914.

Petitioner has also filed a Motion for Appointment of Counsel (ECF No. 3).  In light of the complexity of the legal issues involved, the Court has determined that the interests of justice require the appointment of counsel for Petitioner.  *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).  Within **seven (7) court days** from the date of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to Michele Krueger, Courtroom Deputy for Chief Judge Troy Nunley, via email at mkrueger@caed.uscourts.gov, who shall update the docket to reflect counsel's appointment.  If counsel is not a member of the Eastern District of California Criminal Justice Act ("CJA") Panel, the Court hereby authorizes them to serve as CJA counsel for petitioner for the duration of the proceedings in this Court pursuant to Local Rule 180(b)(1).

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondent shall file a response to Petitioner's Motion for TRO within three (3) court days from the date of this order.  Petitioner may file a reply, if any, within five (5) court days from the date of this order.

2. In order to ensure this Court's jurisdiction to resolve the pending § 2241 petition, Respondent shall not transfer Petitioner to another detention center outside of this judicial district, pending further order of the Court.

3. Petitioner is provisionally authorized to proceed in forma pauperis without prepayment of the filing fee in this action, subject to Petitioner filing an application to

proceed in forma pauperis within thirty (30) days from the date of this order. The Clerk of the Court is directed to serve Petitioner with an application to proceed in forma pauperis.

4. Petitioner's Motion for Appointment of Counsel (ECF No. 3) is GRANTED. Within seven (7) court days from the date of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to Michele Krueger, Courtroom Deputy for Chief Judge Troy Nunley, who shall update the docket to reflect counsel's appointment.

5. The Clerk of the Court shall serve a copy of this order on the Federal Defender, Attention: Habeas Appointment, along with a copy of the § 2241 petition.

6. The Clerk of the Court shall serve a copy of this order together with a copy of Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the United States Attorney.

IT IS SO ORDERED.

Date: April 7, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE